UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| IRMA RAMIREZ,<br><br>    Plaintiff(s),<br>  v.<br><br>SAMS FOR PLAY CAFE,<br><br>    Defendant(s).<br>_____/ | No. C 11-01370 MEJ<br><br>**ORDER FOR PARTIES TO FILE JOINT STATEMENT OF UNDISPUTED FACTS** |

Pending before the Court is Plaintiffs' Motion for Summary Judgment. Pursuant to Civil Local Rule 56-2 and the Court's Case Management Order in this matter, the parties must submit a joint statement of undisputed facts when filing a motion for summary judgment. Accordingly, the parties shall file a <u>joint</u> statement of undisputed facts on or before May 30, 2013. The parties are ORDERED to meet and confer in good faith for the purpose of preparing the joint statement. Failure to meet and confer in good faith may result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: May 16, 2013

_____
Maria-Elena James
United States Magistrate Judge