UNITED STATES DISTRICT COURT

Northern District of California

IRMA RAMIREZ, et al.,            No. C 11-01370 MEJ

        Plaintiffs,                **ORDER VACATING HEARING**
  v.                                      **RE: DOCKET NO. 32**

SAMS FOR PLAY CAFÉ, et al.,

        Defendants.

_____/

      This matter is currently scheduled for a hearing regarding Plaintiffs' Motion Summary Judgment on July 11, 2013. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the July 11 hearing. The Court shall issue an order forthwith.

      **IT IS SO ORDERED.**

Dated: July 8, 2013

                                                _____
                                                Maria-Elena James
                                                United States Magistrate Judge