UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| IRMA RAMIREZ, et al.,<br><br>　　　　　　Plaintiffs,<br>　v.<br>SAMS FOR PLAY CAFÉ, et al.,<br><br>　　　　　　Defendants.<br>_____/ | No. C 11-01370 MEJ<br><br>**ORDER VACATING HEARING RE: DOCKET NO. 32** |

This matter is currently scheduled for a hearing regarding Plaintiffs' Motion Summary Judgment on July 11, 2013. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the July 11 hearing. The Court shall issue an order forthwith.

**IT IS SO ORDERED.**

Dated: July 8, 2013

_____
Maria-Elena James
United States Magistrate Judge