UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| IRMA RAMIREZ and DAREN HEATHERLY,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>SAM'S FOR PLAY CAFÉ, et al.,<br><br>　　　　　　Defendants. | No.  C 11-1370 MEJ<br><br>**ORDER VACATING PRETRIAL AND TRIAL DEADLINES**<br><br>**ORDER REFERRING PARTIES TO MAGISTRATE JUDGE LAUREL BEELER FOR FURTHER SETTLEMENT CONFERENCE** |

On August 15, 2013, the Court granted in part and denied in part Plaintiffs Irma Ramirez and Daren Heatherly's Motion for Summary Judgment as to their Fourth Cause of Action under the Unruh Civil Rights Act. Dkt. No. 43. In the Order, the Court found that Plaintiffs are entitled to an award of statutory damages pursuant to California Civil Code section 55.56(c) and (e) for their October 30, 2010 visit to Sam's for Play Café. *Id.* The Court also found that there is a triable issue of material fact as to whether Plaintiffs are entitled to statutory damages for each of the three remaining visits alleged in their complaint. *Id.*

Pursuant to the October 1, 2012 Case Management Order in this case, the parties' pretrial filings are due on August 29, 2013, with a trial scheduled on October 16, 2013. However, given the recent summary judgment ruling, it is likely beneficial for the parties to attend a further settlement conference with the Honorable Laurel Beeler, who presided over a settlement conference in September 2012, as well as several subsequent telephonic conferences with the parties. Accordingly, the Court VACATES all pending pretrial and trial deadlines and ORDERS the parties to appear before Magistrate Judge Beeler for a further settlement conference. The parties shall file a joint status report within 14 days of completion of the settlement process.

**IT IS SO ORDERED.**

Dated: August 15, 2013

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge