1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:     415/674-8600
4  Facsimile:     415/674-9900
   tfrankovich@disabilitieslaw.com
5
   Attorney For Plaintiffs ,
6

7

8                      UNITED STATES DISTRICT COURT

9                         DISTRICT OF CALIFORNIA

10

11  IRMA RAMIREZ and DAREN              )   **CASE NO.CV-11-1370-MEJ**
    HEATHERLY,                          )
12                                      )   **STIPULATION OF DISMISSAL AND**
                                        )   ~~[PROPOSED]~~ **ORDER THEREON**
13        Plaintiffs,                   )
                                        )
14  v.                                  )
                                        )
15                                      )
                                        )
16  SAM'S FOR PLAY CAFE; DARLEEN        )
    SAM ANKER, TRUSTEE, THE D. SAM      )
17  ANKER TRUST, dated March 14, 2008;  )
    and DARLEEN SAM ANKER, an           )
18  individual dba SAM'S FOR PLAY CAFÉ, )
                                        )
19        Defendants.                   )
20  _____

21        The parties, by and through their respective counsel, stipulate to dismissal of this action

22  in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(2).  Outside of the terms of the

23  Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

24  costs and attorneys' fees.  The parties further consent to and request that the Court retain

25  jurisdiction over enforcement of the Agreement.  See Kokonen v. Guardian Life Ins. Co., 511

26  U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of

27  settlement agreements).

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON          CASE NO. CV-11-1370-JSW

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action become and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: July 7, 2014

THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*

By: /s/ *Thomas E. Frankovich*
    Thomas E. Frankovich
Attorney for IRMA RAMIREZ and DAREN HEATHERLY

Dated: July 17, 2014

PERRY, JOHNSON, ANDERSON, MILLER & MOSKOWITZ LLP

*Approved by A. Lewis*

By: /s/ Scott A. Lewis
    Scott A. Lewis
Attorney for Defendants DARLEEN SAM ANKER, TRUSTEE, THE D. SAM ANKER TRUST, dated March 14, 2008; and DARLEEN SAM ANKER, an individual dba SAM'S FOR PLAY CAFÉ

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: July 17, 2014

Hon. _____
UNITED STATES _____ JUDGE

*Judge Maria-Elena James*

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON     CASE NO. CV-11-1370-JSW

<s>-2-</s>